■ MARIO PAPARO et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 34332.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ FRANK D'AGOSTINO et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 34338.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ HELMUT BAATZ, as Administrator of the Estate of GISELA BAATZ, Deceased, Appellant, v. LOBLAW, INC., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JIMMIE LEE PAUL, Appellant.— Motion for reargument denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LEON PAUL, Appellant.— Motion for reargument denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of ROBERT E. FISCHER, Special Assistant Attorney-General of the State of New York, etc.— Motion granted to permit Commissioner of Jurors of Oneida County to disclose information concerning and relating to the date of birth of panel of 150 jurors, drawn on December 8, 1959, and any additional trial jurors, etc., to be drawn for Trial Term commencing January 4, 1960, etc.